DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**KELLY GARRICK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2307

[March 24, 2021]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 11-000030-CF-10A.

Kelly Garrick, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Talley v. State*, 877 So. 2d 840 (Fla. 4th DCA 2004) (holding that consecutive sentences can be imposed under section 784.07, Florida Statutes, because it is a reclassification statute rather than an enhancement statute).

WARNER, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***